UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                 22-CR-236 (FB)

SAGAR SINGH, and
NICHOLAS CERAOLO,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Assistant United States Attorney Adam Amir from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Adam Amir
      United States Attorney's Office (Criminal Division)
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6116
      Email: <u>adam.amir@usdoj.gov</u>

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Adam Amir at the email address set forth above.

Dated:   Brooklyn, New York
         June 5, 2023

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                            By:     /s/ Adam Amir
                                    Adam Amir
                                    Assistant U.S. Attorney
                                    (718) 254-6116

cc:  Clerk of the Court (FB)