# JEREMY GUTMAN
ATTORNEY AT LAW
**521 FIFTH AVENUE, 17TH FLOOR**
**NEW YORK, NEW YORK 10175**

(212) 644-5200                                                                                              JGUTMAN@JEREMYGUTMAN.COM

June 16, 2023

**By ECF**

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Singh
                23 Cr. 236 (FB)

Dear Judge Block:

      I am writing to request a modification of the conditions of release for my client, Sagar Singh, whose travel is currently restricted to New York City, Rhode Island (where he resides), and points between.

      Mr. Singh has been offered employment as an office assistant for a dentistry practice with offices in two locations in Massachusetts, as well as in Rhode Island. Details and verification of the proposed employment will be provided to Mr. Singh's Pretrial Services Agency supervisor in the District of Rhode Island, Timothy Donohue. We have been advised that neither Mr. Donohue nor Officer Amanda Carlson of this district's Pretrial Office has any objection to the proposed travel for employment purposes. Assistant United States Attorney Alexander Mindlin has advised us that the government also has no objection to the requested modification.

      Accordingly, I request that the Court modify Mr. Singh's bail conditions to permit him to travel to Massachusetts for purposes of this employment.

                                                  Respectfully,

                                                   /s/
                                                   Jeremy Gutman
                                                   *Attorney for Defendant*
                                                   *Sagar Singh*

Hon. Frederic Block
June 16, 2023
Page 2

cc.   Alexander Mindlin, Esq.
      Adam Amir, Esq.
      *Assistant United States Attorneys* (by ECF)

      Amanda Carlson
      Timothy Donohue
      *United States Pretrial Services Officers* (by email)