

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM/AA
F. #2022R00315

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 21, 2023

<u>By ECF and E-mail</u>

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v. Sagar Steven Singh, et al.</u>
            <u>Criminal Docket No. 23-236 (FB)</u>

Dear Judge Block:

      The government respectfully submits the attached stipulation and Rule 16(d)(1) protective order in connection with the above-captioned case. The government and the defendants jointly request that the Court enter the attached order in this matter.

                      Respectfully submitted,

                      BREON PEACE
                      United States Attorney

            By:   <u>/s/ Adam Amir</u>
                    Adam Amir
                    Alexander F. Mindlin
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:   Clerk of Court (FB)
      Counsel of Record (by E-mail and ECF)