

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AA:mss  
F. #2022R00315

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 20, 2023

By ECF

Jeremy L. Gutman
521 Fifth Avenue, 17th Floor
New York, NY 10175
212-644-5200
jgutman@jeremygutman.com

Robert Michael Appleton
Olshan, Frome & Wolosky LLC
1325 Avenue of the Americas
Ste 15th Floor
New York, NY 10036
212-451-2288
rappleton@olshanlaw.com

      Re:   United States v. Sagar Singh, et al.
                Criminal Docket No. 23-236 (FB)

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery has been uploaded to USAFx. The discovery supplements the government's production on August 18, 2023. The government also requests reciprocal discovery from the defendant. In addition, the government has marked certain records as Sensitive Discovery Material, consistent with the Stipulation and Protective Order entered into on July 24, 2023. See ECF No. 28.

I.    The Government's Discovery

| Bates Numbers | Description |
| --- | --- |
| VILE_0000000228 | Records from Apple – SENSITIVE DISCOVERY |
| VILE_0000000229 | Records from AT&T - SENSITIVE DISCOVERY |
| VILE_0000000230 | Records from Bandwidth |

| Bates Numbers | Description |
| --- | --- |
| VILE_0000000231 | Records from Bank of America |
| VILE_0000000232 | Records from Bitpay - SENSITIVE DISCOVERY |
| VILE_0000000233 | Records from Block, Inc. - SENSITIVE DISCOVERY |
| VILE_0000000234 | Records from Charter - SENSITIVE DISCOVERY |
| VILE_0000000235 | Records from Cloudflare - SENSITIVE DISCOVERY |
| VILE_0000000236 | Records from Coinbase - SENSITIVE DISCOVERY |
| VILE_0000000237 | Records from Comcast - SENSITIVE DISCOVERY |
| VILE_0000000238 | Records from Digital Ocean - SENSITIVE DISCOVERY |
| VILE_0000000239 | Records from Discord - SENSITIVE DISCOVERY |
| VILE_0000000240 | Records from Facebook - SENSITIVE DISCOVERY |
| VILE_0000000241 | Records from Geico - SENSITIVE DISCOVERY |
| VILE_0000000242 | Records from Github |
| VILE_0000000243 | Records from Google - SENSITIVE DISCOVERY |
| VILE_0000000244 | Records from iDotz |
| VILE_0000000245 | Records from Microsoft - SENSITIVE DISCOVERY |
| VILE_0000000246 | Records from Name Cheap - SENSITIVE DISCOVERY |
| VILE_0000000247 | Records from Oath Holdings aka Yahoo - SENSITIVE DISCOVERY |
| VILE_0000000248 | Records from Paxful - SENSITIVE DISCOVERY |
| VILE_0000000249 | Records from PayPal - SENSITIVE DISCOVERY |
| VILE_0000000250 | Records from Proton - SENSITIVE DISCOVERY |
| VILE_0000000251 | Records from Reliable Site |
| VILE_0000000252 | Records from Roobet |
| VILE_0000000253 | Records from Snapchat - SENSITIVE DISCOVERY |
| VILE_0000000254 | Records from TD Bank |
| VILE_0000000255 | Records from T-Mobile - SENSITIVE DISCOVERY |
| VILE_0000000256 | Records from Toon Town - SENSITIVE DISCOVERY |
| VILE_0000000257 | Records from Twitter - SENSITIVE DISCOVERY |
| VILE_0000000258 | Records from Vultr - SENSITIVE DISCOVERY |
| VILE_0000000259 | Records from Windstream - SENSITIVE DISCOVERY |
| VILE_0000000260 | Records from Yahoo - SENSITIVE DISCOVERY |
| VILE_0000000261 | Records from Amazon - SENSITIVE DISCOVERY |
| VILE_0000000262 | Records from Cox - SENSITIVE DISCOVERY |
| VILE_0000000263 | Records from Fixed Float |
| VILE_0000000264 | Records from Gitlab |
| VILE_0000000265 | Records from Let's Encrypt - SENSITIVE DISCOVERY |
| VILE_0000000266 | Records from Side Shift |
| VILE_0000000267 | Records from Sound Cloud - SENSITIVE DISCOVERY |
| VILE_0000000268 | Records from Talktone |

        Very truly yours,

        BREON PEACE
        United States Attorney

By:   /s/ Adam Amir
        Adam Amir
        Assistant U.S. Attorney
        (718) 254-6116

Enclosures

cc:    Clerk of the Court (FB) (by ECF) (without enclosures)