

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

AFM/EHS/AA                          *271 Cadman Plaza East*
F. #2022R00315                      *Brooklyn, New York 11201*


January 18, 2024

By ECF

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Sagar Singh, et al
             Criminal Docket No. 23-236 (FB)

Dear Judge Block:

        The parties respectfully write to request a brief adjournment in the above-captioned case.  The Court scheduled a status conference on January 25, 2024, at 2:30 p.m.  The parties jointly move to (a) adjourn the January 25, 2024 status conference in this matter by approximately 30 days or until a date convenient for the Court, and (b) exclude time under the Speedy Trial Act until the next status conference in this case.  The reason for the adjournment is to permit additional time to review discovery and continue plea negotiations.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:          /s/
                Alexander F. Mindlin
                Ellen H. Sise
                Adam Amir
                Assistant U.S. Attorney
                (718) 254-6116/6433

cc:    Clerk of Court (by ECF) (FB)
       Counsel of Record (by ECF)